UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER  :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :
-----------------------------------------------------------------X
ISABEL GARCIA,  :  07-CV-08281-AKH

                              Plaintiff,

                                   :  **APPEARANCE**

    - against -

                                   :  **ELECTRONICALLY FILED**

120 BROADWAY CONDOMINIUM
(CONDO #871)., *et al.*,

                            Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York                  DICKSTEIN SHAPIRO LLP
       January 18, 2008

                                       By:    /s/ Judith R. Cohen
                                                   _____
                                                   Judith R. Cohen (JC-8614)
                                                   1177 Avenue of the Americas
                                                   New York, New York 10036
                                                   Phone: (212) 277-6500
                                                   Fax: (212) 277-6501

                                                   *Attorney for Defendant*
                                                   MERRILL LYNCH & CO., INC.