UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
ISABEL GARCIA

                                                                                                                      07CV8281

                                Plaintiffs,                               ANSWER

    -against-

120 BROADWAY CONDOMINIUM (CONDO #871),
120 BROADWAY HOLDING, LLC, 120 BROADWAY
PROPERTIES, LLC, 120 BROADWAY, LLC, ALAN
KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMSCAT, BOARD OF
MANAGERS OF THE 120 BOARDWAY
CONDOMINIUM (CONDO #871), BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
CDL NEW YORK LLC, CITIBANK, NA, ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRORNMENTAL
GROUP, LLC., HUDSON VIEW EAST
CONDOMINIUM, HUDSON VIEW TOWERS
ASSOCIATES, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES CO., MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., R Y
MANAGEMENT CO., INC., RY MANAGEMENT CO.,
INC., RY MANAGEMENT CO., INC., RY
MANAGEMENT, SILVERSTEIN PROPERTIES,
INC., STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., TOSCORP INC.,
TUCKER ANTHONY, INC., VERIZON NEW YORK, INC,
WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP
TOWER B HOLDING CO., LP, WFP TOWER B. CO.,
LP, WFP TOWER D CO. G.P. CORP., WFP TOWER D
HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II
L.P., WFP TOWER D HOLDING I G.P. CORP., AND WFP
TOWER D. CO., L.P., ET AL
                                Defendants.

------------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
January 22, 2008

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
Heather L. Smar (4622)